AO106(Rev.5/85) Affidavit for Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

6215 14th Street, N.W.
Washington, D.C.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I     Sean M. Fitzgerald     being duly sworn depose and say:

I am a(n)   Special Agent with the Federal Bureau of Investigation (FBI)   and have reason to believe
           (Official Title)
that ☐ on the person of or ☒ on the property or premises known as  (name, description and or location)
6215 14th Street, N.W. Washington, D.C. is the second rowhouse on the east side of 14th Street, N.W., just south of Sheridan Avenue, N.W. It has a brick front with white painted trim and a black asphalt shingled roof. It is two stories above ground. The front door is brown and there are concrete steps leading up to it. The numbers 6215 are on the white trim atop small roof that overhangs the front porch. There is a window-unit air conditioner in the middle window of the first floor, just to the left of the front door. There is one main point of entry in the front, facing 14th Street, N.W., and a back door that leads to an alley behind the house. The alley runs in three directions: north to Sheridan Avenue, N.W., south to Rittenhouse Street, N.W., and east to 13th Street, N.W.

in the District of Columbia, there is now concealed a certain person or property, namely  (describe the person or property to be searched)

**SEE ATTACHMENT "A" HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**
concerning a violation of Title  18  United States Code, Section(s)  § 2113(a) The facts to support a finding of Probable Cause are as follows:

**SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN**

Continued on the attached sheet and made a part hereof.     ☒ YES   ☐ NO

PATRICIA STEWART
Federal Major Crimes
(202) 514-7064

Signature of Affiant
SEAN M. FITZGERALD, Special Agent
Federal Bureau of Investigation (FBI)
Washington Field Office (WFO)

Sworn to before me, and subscribed in my presence

_____     at Washington, D.C.
Date

_____     _____
Name and Title of Judicial Officer      Signature of Judicial Officer

**AFFIDAVIT IN SUPPORT OF SEARCH WARRANT**
**6215 14th Street, N.W., Washington, D.C.**

I, Sean M. Fitzgerald, Special Agent (SA) with the Federal Bureau of Investigation (FBI), Washington Field Office (WFO), Washington, D.C. (hereinafter affiant), being duly sworn, depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation and have been so for approximately 18 months . I am currently assigned to the Bank Robbery Squad in Washington, D.C., and have been so since October 2006. I have participated in numerous robbery investigations and search warrants, resulting in the convictions of defendants.

2. This affidavit is submitted in support of a search warrant for **6215 14th Street, N.W., Washington, DC**, the current residence of **ROBERT LEE FOSTER**, date of birth xxxxx1949, for evidence of a Bank Robbery, in violation of 18 U.S.C. 2113(a).

3. The facts and information contained in this affidavit are based upon my personal knowledge and the investigation and observations of other officers and agents involved in the investigation. All observations referenced below that were not personally made by me were related to me by the persons who made such observations. This affidavit contains information necessary to support probable cause for this application. It is not intended to include each and every fact and matter observed by me or known to the government. The facts and circumstances of the offense and subsequent identification of the suspect are listed below:

4. On Friday, October 26, 2006, at approximately 9:10 am, a lone black male walked into the M&T Bank, 6434 Georgia Avenue NW, Washington, DC, a federally insured institution, and presented a note which said words to the effect, "Give me all of your money. I have a gun." The teller gave the bank robber $5,527, after which the suspect left the bank. The robber took

the demand note with him when he fled.  M&T Bank digital video surveillance photographs were obtained and reviewed.  The surveillance photographs showed a black male wearing a black knit hat, black parka jacket, and white gloves with black elastic material across the knuckles.  Eyewitnesses described the man who robbed the bank as a black male, about 6'0" tall, slender build, and weighing approximately 165 lbs, with a salt and pepper beard, a band-aid across his nose, and an eye-patch over his left eye.

     5.   On December 13, 2006, a lone black male robbed two federally insured financial institutions in Gaithersburg, Maryland.  In both cases the robber was described by witnesses as a black male, about 6'1" tall, thin build, and weighing approximately 160 lbs, with a salt and pepper beard and an eye-patch over his left eye.  Surveillance photographs were obtained from one of the Maryland banks, Sandy Spring Bank, 484 North Frederick Avenue, Gaithersburg, Maryland.  The surveillance photographs showed a black male wearing a tan jacket, black beret or "Kangol" style hat, a black bag over his left shoulder, and an eye patch over his left eye.  Your affiant reviewed surveillance tapes from both the M&T Bank robbery on October 26, 2006 and the robbery of the Sandy Spring Bank on December 13, 2006 and noted that the individual depicted committing both robberies was a black male with a beard and wearing an eye patch.

     6.  During the investigation of the Sandy Spring Bank robbery, **ROBERT LEE FOSTER** was developed as a suspect.  A check through a computerized data base showed **FOSTER** had been arrested in the past.  Arrest booking photographs, taken in June of 2005, were obtained from the District of Columbia Metropolitan Police Department.  The booking photographs were then compared to the still photographs of the robber at Sandy Springs Bank.  The comparison showed that the robber of the Sandy Springs Bank appears similar to **ROBERT LEE FOSTER.**

7. On or about December 19, 2006, a photo spread identification procedure was conducted with the M&T Bank teller who was robbed on October 26, 2006. The teller positively identified **ROBERT LEE FOSTER** from a photo array consisting of six photographs of individuals of similar appearance as the man who robbed the M & T Bank on October 26, 2006.

8. On January 3, 2007, your affiant received information from a paid FBI informant who has provided information in the past that has been independently corroborated and led to numerous arrests. This source has never given information proven to be unreliable. This source, who has been personally acquainted with **ROBERT LEE FOSTER** for an extended period of time, provided information that **ROBERT LEE FOSTER** has been residing at 6215 14th Street NW, Washington, D.C., for the past week. Due to this source information, your affiant requested that the FBI's Special Operations Group set up surveillance on 6215 14th Street NW, Washington, DC. At approximately 1:10 pm on January 4, 2007, Special Agent Ronald Eowan observed a black male matching the description of **ROBERT LEE FOSTER** exit the front door of the residence. After standing on the front porch for approximately two minutes, the man returned inside. At approximately 3:00 pm, your affiant was outside the residence when a black male matching the description of FOSTER exited the residence and stood on the front porch for an additional two minutes.

9. Based on your affiant's training and experience, along with training and experience of other agents and law enforcement officers, your affiant knows that individuals who rob banks often keep evidence of the crimes they commit with them. These items often include bank money wrappers, maps depicting the locations of banks and escape routes, weapons, demand notes, items of clothing worn during the robberies, items worn to disguise the identity of the robber, bags used to carry the money, and dye-stained clothing and bags discolored from a dye-

pack activation.  Such clothing and instrumentalities are normally secreted and safeguarded by the person in areas that are away from plain view or the easy access of strangers or mere visitors to the residence.  Your affiant knows from prior experience that clothing, weapons and other instrumentalities may be hidden in closets, storage areas, offices, bedrooms, sub-flooring, attics, articles of furniture, heating vents, safes, storage boxes or filing cabinets, desks, mattresses, and numerous other places in a residence where valuables may be secured and hidden.

10. Based on the foregoing, there is probable cause to believe that on or about October 26, 2006, within the District of Columbia, the defendant, **ROBERT LEE FOSTER**, did unlawfully, knowingly and intentionally, attempt to rob the M&T Bank located at 6434 Georgia Ave., N.W., as set forth above, in violation of 18 U.S.C. 2113(a), and that the clothing and instrumentalities of this crime are located at his residence, 6215 14th St., N.W., Washington, D.C.

_____
Sean M. Fitzgerald
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to before me this _____ day of  January, 2007

_____
United States Magistrate Judge
District of Columbia

**ATTACHMENT A**
Description of Premises to be Searched

  6215 14th Street, N.W. Washington, D.C. is the second rowhouse on the east side of 14th Street, N.W., just south of Sheridan Avenue, N.W.  It has a brick front with white painted trim and a black asphalt shingled roof.  It is two stories above ground.  The front door is brown and there are concrete steps leading up to it.  The numbers 6215 are on the white trim atop small roof that overhangs the front porch.   There is a window-unit air conditioner in the middle window of the first floor, just to the left of the front door.  There is one main point of entry in the front, facing 14th Street, N.W., and a back door that leads to an alley behind the house.  The alley runs in three directions: north to Sheridan Avenue, N.W., south to Rittenhouse Street, N.W., and east to 13th Street, N.W.

**ATTACHMENT B**
Items to be Searched or Seized

1. Articles of clothing, to include but not limited to a black knit hat, black beret or "Kangol" style hat, tan jacket, black parka, white batter's-style gloves, dark sunglasses, and an eye-patch.

2. Weapons to include but not limited to a gun.

3. Maps and/or items displaying the location of banking institutions.

4. US currency.

5. Stencils, pens, or papers which may have been used to create bank robbery demand notes.

6. Dark-colored duffel bag with or without a shoulder strap that may or may not be dye-stained.

7. US Currency wrappers, deposit slips or other bank-related forms.

8. Receipts of recent purchases made solely with cash.

9. Items to prove residency at 6215 14th Street NW, Washington, DC, to include driver's license, utility bills, other mail addressed to ROBERT LEE FOSTER.