UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In re Search Warrant for :

Washington, D.C. : No. 07-003-M-01

: **UNDER SEAL**

**ORDER**

UPON CONSIDERATION of the government's Motion to Seal Affidavit in Support of Search Warrant, for the reasons set forth in the government's motion, and for good cause shown, it is this 5th day of January, 2006,

ORDERED, that the affidavit submitted in support of a search warrant in this case and all related papers be placed under seal until further order of the Court.

_____
DEBORAH A. ROBINSON
United States Magistrate Judge