AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

# SEALED

Washington, D.C.

## SEARCH WARRANT

## CASE NUMBER:
## 07-003-M-01

TO:  __Sean M. Fitzgerald__  and any Authorized Officer of the United States

Affidavit(s) having been made before me by  __SA Sean M. Fitzgerald__ who has reason to believe that ☐ on the person
or ☒ on the premises known as (name, description and or location)

                N.W. Washington, D.C. is the second rowhouse on the east side of 14ᵗʰ Street, N.W., just south of Sheridan
Avenue, N.W. It has a brick front with white painted trim and a black asphalt shingled roof. It is two stories above ground. The
front door is brown and there are concrete steps leading up to it. The numbers      are on the white trim atop small roof that
overhangs the front porch. There is a window-unit air conditioner in the middle window of the first floor, just to the left of the
front door. There is one main point of entry in the front, facing            N.W., and a back door that leads to an alley behind
the house. The alley runs in three directions: north to Sheridan Avenue, N.W., south to         t, N.W., and east to
Street, N.W.
in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT "A" HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED
HEREIN**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  ___Jan 15, 2007___
                                                      (Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and
making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable
cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant
and receipt for the person or property taken, and prepare a written inventory of the person or property seized and
promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

__JAN 05, 2007 @ 1:35 pm__  at Washington, D.C.

Date and Time Issued
**DEBORAH A. ROBINSON**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer                                      Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br><br>01/05/2007 | DATE AND TIME WARRANT EXECUTED<br><br>01/08/2007 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br><br>'S |

INVENTORY MADE IN THE PRESENCE OF

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

SEE ATTACHED FD-597

# FILED

JAN 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

SM Field    1/9/2007

Subscribed, sworn to, and returned before me this date.

_____    1/9/07
U.S. Judge or U.S. Magistrate Judge         Date

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _91A-WF-235709_

On (date) _1/08/2007_

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) _____

(Street Address) _____

(City) _Washington, DC_

Description of Item(s): _____

#1  Black Knit hat

#2  Black bag with red "X" apron

#3  5 given remington 12 gauge cartridges, 1 red western super 5 cartridge

#4  Black duffel bag

#5  Car and Driver Magazine addressed to Robert Lee

#6  1 Black "Harput" duffle bag with silver zipper tabs

#7  Manilla envelope from public schools of the District of Columbia signed by

#8  Black hats

#9  4 dark Sunglasses; 1 dark set of lenses

#10  Knit Caps & Kangol style cap

#11  Pair Batting Style Gloves

#12  Check book holder with name

#13  One brown credit card holder

#14  Documents with ___ name

#15  2 Documents with address of

#16  Box with drug paraphernalia (with needle inside)

#17  Kangol Style hats

~~#18  Letter addressed to James Foster~~

#18  Chrome color folding knife

Received By: _____ (Signature)    Received From

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # __91A WF-235109__

On (date) __1/08/2007__

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) _____

(Street Address) _____

(City) _Washington, DC_

Description of Item(s): _____

#19 Sunglasses

#20 1 Receipt book (Note for Mint, note with name

#21 3 tan jackets

#22 5 Kangol style hats in a brown plastic grocery bag

#23 Zip lock bag containing fork & aluminum foil

#24 White L/H leather glove w/ black writing

#25 Black messenger bag with patches inside

#26 Hypo needle for destruction

#27 1 Brown ski mask, 1 brown thread nike kangol style hats,
1 black corduroy nike kangol style hat

#28 1 glass smoking pipe

Received By: _____ Received From:
(Signature)