IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In the Matter of the Search of | ) | MISC. NO. 07-003-M-01 |
| | ) | |
| 6215 14TH STREET, N.W. | ) | |
| WASHINGTON, D.C. | ) | |

**GOVERNMENT'S MOTION FOR AN
<u>ORDER TO UNSEAL</u>**

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves this Honorable Court for entry of an Order unsealing all documents previously filed in this matter, including the search warrant and application and affidavit in support of the search warrant, as well as the government's motion requesting sealing of those documents and the Court's Order sealing those documents, and in support thereof states as follows:

The government previously requested that the search warrant and supporting documents filed in this case be sealed to prevent the underlying bank robbery investigations from being compromised by the destruction of evidence and/or the flight of the subject. On January 8, 2007, the search warrant was executed and the defendant was arrested. Therefore, there no longer is any reason to justify the further sealing of the matter. The government thus requests that all documents previously filed in this matter be unsealed.

WHEREFORE, the United States of America respectfully requests that this Honorable Court issue an Order unsealing all documents previously filed in this matter.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        UNITED STATES ATTORNEY

By: _____
        ANGELA G. SCHMIDT
        Assistant United States Attorney
        Texas Bar No. 17764980
        Federal Major Crimes Section
        555 Fourth Street, N.W., 4th Floor
        Washington, D.C. 20530
        (202) 514-7273
        Email: Angela.Schmidt@usdoj.gov

Case 1:07-mj-00003-DAR   Document 5   Filed 01/12/2007   Page 3 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In the Matter of the Search of | ) | MISC. NO. 07-003-M-01 |
| | ) | |
| **6215 14TH STREET, N.W.** | ) | |
| **WASHINGTON, D.C.** | ) | |

## ORDER TO UNSEAL

Having considered the Government's Motion for an Order to Unseal all documents previously filed in this matter, and good cause appearing,

the Motion is HEREBY GRANTED.

Accordingly, it is HEREBY ORDERED that all documents previously filed in this case, including the search warrant and application and affidavit in support of the search warrant, as well as the government's motion requesting sealing of those documents and the Court's Order sealing those documents, be unsealed.


Date:_____       _____
                                     UNITED STATES MAGISTRATE JUDGE