IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of ) MISC. NO. 07-003-M-01
)
)
WASHINGTON, D.C. )

**FILED**

JAN 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER TO UNSEAL**

Having considered the Government's Motion for an Order to Unseal all documents previously filed in this matter, and good cause appearing,

the Motion is HEREBY GRANTED.

Accordingly, it is HEREBY ORDERED that all documents previously filed in this case, including the search warrant and application and affidavit in support of the search warrant, as well as the government's motion requesting sealing of those documents and the Court's Order sealing those documents, be unsealed.

Date: January 16, 2007                          _____
                                                UNITED STATES MAGISTRATE JUDGE